[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————

No. 25-11631

Non-Argument Calendar

————————————

CALVIN DELEON TURNER, JR.,

Petitioner-Appellant,

*versus*

SECRETARY, DEPARTMENT OF CORRECTIONS,
ATTORNEY GENERAL, STATE OF FLORIDA,

Respondents-Appellees.

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cv-02310-WFJ-CPT

————————————

2                          Opinion of the Court                    25-11631

Before JORDAN, JILL PRYOR, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Calvin Deleon Turner, Jr., a state prisoner proceeding *pro se*, appeals from the district court's order and March 13, 2025, judgment denying his habeas corpus petition. The statutory time limit required Turner to file a notice of appeal on or before April 14, 2025, the first business day following expiration of the 30-day appeal period. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 26(a)(1)(C); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300-01 (11th Cir. 2010). However, Turner did not deliver his notice of appeal to prison authorities for mailing until May 5, which was too late to invoke our appellate jurisdiction. *See* Fed. R. App. P. 4(c)(1); *Green*, 606 F.3d at 1300-01.

All pending motions are DENIED as moot.